AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nelson, Ryan D. | Ninth Circuit Court of Appeals | 08/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active) | ☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

350 Memorial Drive
Idaho Falls, ID 83402

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Judicial Liaison | American Bar Association Section of Administrative Law and Regulatory Practice |
| 2. Adjunct Professor | BYU Law School |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | BYU Law School (teaching) | $8,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | 01/29/2020-01/31/2020 | San Francisco, CA | Speaker | Transportation, meals, lodging |
| 2. | George Mason University | 02/04/2020-02/09/2020 | Key West, FL | Educational Seminar | Transportation, meals, lodging |
| 3. | Federalist Society | 02/17/2020-02/18/2020 | Washington DC | Speaker | Transportation, meals, lodging |
| 4. | Federalist Society | 02/18/2020-02/19/2020 | New York, NY | Speaker | Transportation, meals, lodging |
| 5. | Federalist Society | 02/19/2020-02/21/2020 | Cambridge, MA | Speaker | Transportation, meals, lodging |
| 6. | Federalist Society | 02/23/2020-02/28/2020 | Phoenix, AZ | Educational Seminar | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nelson, Ryan D.** | 08/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | KeyBank | Mortgage on Rental Property, #1, Idaho Falls, ID | M |
| 2. | KeyBank | Mortgage on Rental Property #2, Sun Valley, ID | O |
| 3. | Wells Fargo | Mortgage on Rental Property #3, Massanutten, VA | None |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nelson, Ryan D.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Individual Assets (H) | | | | | | | | | |
| 2.   Key Bank (cash) | A | Interest | L | T | | | | | |
| 3.   Northwestern Mutual Whole Life Insurance Policy | A | Dividend | K | T | | | | | |
| 4.   Undeveloped Land, Lot #1, Shenandoah, VA | | None | | | Sold | 08/21/20 | K | | |
| 5.   Undeveloped Land, Lot #2, Shenandoah, VA | | None | | | Sold | 08/21/20 | K | | |
| 6.   Undeveloped Land, Lot #3, Shenandoah, VA | | None | | | Sold | 08/21/20 | K | | |
| 7.   Secured note: debtors Kathleen & Daniel Caudle III (50% Interest) | B | Interest | L | T | Open | 08/21/20 | L | | |
| 8.   Rental Property #1, Idaho Falls, ID | E | Rent | N | W | Buy | 04/06/20 | N | | |
| 9.   Rental Property #2, Sun Valley, ID (X) | F | Rent | P1 | W | | | | | |
| 10.  Rental Property #3, Massanutten, VA | C | Rent | | | Sold | 02/11/20 | N | | |
| 11.  Account #1 (H) | | | | | | | | | |
| 12.  LPL Deposit Cash (cash) | A | Interest | J | T | | | | | |
| 13.  Artisan International Value Investor (ARTKX) | A | Dividend | K | T | | | | | |
| 14.  Blackrock International Opp Inst (BISIX) | A | Dividend | | | Sold (part) | 05/19/20 | J | | |
| 15. | | | | | Sold | 06/19/20 | J | | |
| 16.  Cohen & Steers Realty Cl L (CSRSX) | A | Dividend | K | T | | | | | |
| 17.  Dodge & Cox International Stock (DODFX) | A | Dividend | K | T | Buy (add'l) | 06/03/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nelson, Ryan D.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 19. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 20. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 21. FMI Large Cap Fund (FMIHX) | | None | | | Sold (part) | 06/01/20 | J | | |
| 22. | | | | | Sold (part) | 07/01/20 | J | | |
| 23. | | | | | Sold | 08/03/20 | J | | |
| 24. Gabelli Small Cap Growth AAA (GABSX) | | None | | | Sold (part) | 05/21/20 | J | | |
| 25. | | | | | Sold | 06/22/20 | K | | |
| 26. Loomis Sayles Bond (LSBRX) | A | Dividend | K | T | | | | | |
| 27. Matthews Asia (MAPTX) | | None | | | Sold (part) | 06/01/20 | J | | |
| 28. | | | | | Sold | 07/01/20 | J | | |
| 29. T. Rowe Price Small Growth (PRDSX) | B | Dividend | K | T | | | | | |
| 30. T. Rowe Price Health Sciences (PRHSX) | C | Dividend | K | T | | | | | |
| 31. Templeton Global Bond A (TPINX) | A | Dividend | | | Sold (part) | 05/20/20 | J | | |
| 32. | | | | | Sold | 06/22/20 | J | | |
| 33. Vanguard Inflation Protected Secs Adm Cl (VAIPX) | A | Dividend | K | T | Buy (add'l) | 06/09/20 | J | | |
| 34. | | | | | Buy (add'l) | 07/09/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nelson, Ryan D.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 07/24/20 | J | | |
| 36.   Vanguard Intermediate Term Bond Index<br>Admiral Cl (VBILX) | A | Dividend | K | T | Buy | 05/15/20 | J | | |
| 37. | | | | | Buy<br>(add'l) | 06/23/20 | J | | |
| 38. | | | | | Buy<br>(add'l) | 07/21/20 | J | | |
| 39. | | | | | Buy<br>(add'l) | 08/21/20 | J | | |
| 40. | | | | | Buy<br>(add'l) | 09/22/20 | J | | |
| 41. | | | | | Buy<br>(add'l) | 10/21/20 | J | | |
| 42. | | | | | Buy<br>(add'l) | 12/04/20 | J | | |
| 43.   Vanguard Emerging (VEMAX) | A | Dividend | | | Sold | 05/15/20 | J | | |
| 44.   Vanguard 500 Index Adm. (VFIAX) | B | Dividend | L | T | Buy<br>(add'l) | 06/16/20 | J | | |
| 45. | | | | | Buy<br>(add'l) | 07/16/20 | J | | |
| 46. | | | | | Buy<br>(add'l) | 08/17/20 | J | | |
| 47. | | | | | Buy<br>(add'l) | 09/15/20 | J | | |
| 48. | | | | | Buy<br>(add'l) | 09/22/20 | J | | |
| 49. | | | | | Buy<br>(add'l) | 09/29/20 | J | | |
| 50. | | | | | Buy<br>(add'l) | 10/06/20 | J | | |
| 51. | | | | | Buy<br>(add'l) | 10/13/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nelson, Ryan D.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 53. | | | | | Buy<br>(add'l) | 10/27/20 | J | | |
| 54. Vanguard Growth Index Adm. (VIGAX) | A | Dividend | K | T | Sold<br>(part) | 05/15/20 | J | | |
| 55. | | | | | Sold<br>(part) | 07/24/20 | J | | |
| 56. | | | | | Sold<br>(part) | 12/04/20 | J | | |
| 57. Vanguard Wellesley Income Adm (VWIAX) | B | Dividend | K | T | Buy<br>(add'l) | 06/05/20 | J | | |
| 58. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 59. | | | | | Buy<br>(add'l) | 08/05/20 | J | | |
| 60. | | | | | Buy<br>(add'l) | 09/08/20 | J | | |
| 61. Account #2 (H) | | | | | | | | | |
| 62. LPL Financial Cash Deposit (cash) | A | Interest | J | T | | | | | |
| 63. IShares Cohen & Steers REIT ETF (ETF) | A | Dividend | K | T | Buy | 08/25/20 | J | | |
| 64. | | | | | Buy<br>(add'l) | 10/09/20 | J | | |
| 65. | | | | | Buy<br>(add'l) | 10/13/20 | J | | |
| 66. | | | | | Buy<br>(add'l) | 10/21/20 | J | | |
| 67. Schwab Total Stock Market Index (SWTSX) | A | Dividend | L | T | Sold<br>(part) | 09/08/20 | J | | |
| 68. Schwab U S REIT ETF (SCHH) | A | Dividend | | | Buy<br>(add'l) | 07/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nelson, Ryan D.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold | 08/21/20 | J | | |
| 70. Sector Healthcare Select Sector SPDR ETF (XLV) | A | Dividend | K | T | Sold (part) | 01/23/20 | J | | |
| 71. | | | | | Sold (part) | 08/07/20 | J | | |
| 72. T Rowe Price US Small Cap Growth Equity Investor Cl (PRDSX) | A | Dividend | K | T | | | | | |
| 73. T Rowe Price Global Multi Sector Bond Investor Cl (PRSNX) | A | Dividend | J | T | Sold (part) | 10/09/20 | J | | |
| 74. T Rowe Price Capital Appreciation Investor Cl (PRWCX) (PRWCX) | C | Dividend | L | T | Buy (add'l) | 10/09/20 | J | | |
| 75. Templeton Global bond Advisor Cl (TGBAX) | A | Dividend | | | Sold | 10/09/20 | J | | |
| 76. Tweedy Browne Global Value (TBGVX) | A | Dividend | K | T | | | | | |
| 77. Vanguard Intermediate Term Bond Index Admiral Cl (VBILX) | A | Dividend | K | T | Sold (part) | 05/15/20 | J | | |
| 78. Vanguard Short Term Bd Idx Adm (VBIRX) | A | Dividend | K | T | | | | | |
| 79. Vanguard Consumer Staples Index Admiral Cl (VCSAX) | A | Dividend | K | T | | | | | |
| 80. Vanguard Real Estate Index ETF (VNQ) | A | Dividend | J | T | Buy (add'l) | 01/23/20 | J | | |
| 81. | | | | | Buy (add'l) | 07/24/20 | J | | |
| 82. | | | | | Sold (part) | 08/21/20 | J | | |
| 83. Vanguard Small Cap Value Index Admiral Cl (VSIAX) | A | Dividend | K | T | Buy (add'l) | 05/15/20 | J | | |
| 84. Account #3 (H) | | | | | | | | | |
| 85. Blackrock Equity Dividend Inv C (MCDVX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nelson, Ryan D.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Blackrock Health Sciences Opps Inv C (SHSCX) | B | Dividend | K | T | | | | | |
| 87. First Eagle Global C (FESGX) | A | Dividend | K | T | | | | | |
| 88. PGIM Index Fund (PSICX) | C | Dividend | K | T | | | | | |
| 89. Pimco Income C (PONCX) | A | Dividend | J | T | | | | | |
| 90. Account #4 (H) | | | | | | | | | |
| 91. Hartford Capital Appreciation A (ITHAX) | B | Dividend | K | T | | | | | |
| 92. Account #5 (H) | | | | | | | | | |
| 93. Blackrock Equity Dividend Inv A (MDDVX) | A | Dividend | J | T | | | | | |
| 94. Blackrock Health Sciences Opps Inv A (SHSAX) | A | Dividend | J | T | | | | | |
| 95. Account #6 (H) | | | | | | | | | |
| 96. John Hancock Value (PZFVX) | A | Dividend | J | T | | | | | |
| 97. Account #7 (H) | | | | | | | | | |
| 98. Blackrock Health Sciences Opps Inv C (SHSAX) | B | Dividend | K | T | | | | | |
| 99. Account #8 (H) | | | | | | | | | |
| 100. Amcap Fund (CAFAX) | B | Dividend | K | T | Sold<br>(part) | 08/25/20 | J | | |
| 101. Account #9 (H) | | | | | | | | | |
| 102. Cap World Growth and Income (CWIAX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nelson, Ryan D.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Fundamental Investors (CFNAX) | A | Dividend | K | T | | | | | |
| 104.  Account #10 (H) | | | | | | | | | |
| 105.  Growth Fund America (CGFAX) | A | Dividend | J | T | | | | | |
| 106.  Washington Mutual (CWMAX) | A | Dividend | K | T | | | | | |
| 107.  Account #11 (H) | | | | | | | | | |
| 108.  Investment Co of America (CICAX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, Undeveloped Land #1-#3, Shenandoah, VA was sold to Kathleen Caudle and Daniel Caudle III.

Part VII, Rental Property #1, Idaho Falls, ID was purchased from Steve Nickels.

Part VII, Rental Property #3, Massanutten, VA was sold to Daniel and Linda Grocott.

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, Ryan D. | 08/12/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Ryan D. Nelson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544